An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

HENRY M. BOURKE,
Appellant,
vs.
PENNYMAC LOAN SERVICES, LLC, A
FOREIGN LIMITED-LIABILITY
COMPANY, DOING BUSINESS IN THE
STATE OF NEVADA, A DELAWARE
CORPORATION,
Respondent.

No. 64954

**FILED**

AUG 0 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

The parties' stipulation to dismiss this appeal is approved, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Clair K. Lindeman_

cc: Hon. Kathleen E. Delaney, District Judge
Bourke Law Ltd.
Silvestri Gidvani, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-25388